**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**ALFORD K. HOWARD**                                                            **PLAINTIFF**

**VS.**                                                    **CAUSE NO. 2:06CV132-GHD-EMB**

**DESOTO COUNTY SHERIFF'S DEPT., ET AL.**                          **DEFENDANTS**

<u>**ORDER**</u>

**BEFORE THE COURT** are two motions filed by Plaintiff. The first is Plaintiff's Motion [doc. 25] for assistance in obtaining "video tapes" from defendants. The Court's Order dated December 1, 2006, limited discovery to production of certain documents by Defendants, service of interrogatories and Plaintiff's deposition. Leave of Court was required for all other forms of discovery. Plaintiff claims there is video footage of the events alleged in the Complaint. Accordingly, Defendants shall produce any such video to Plaintiff and make any necessary arrangements for his viewing the same on or before July 23, 2007.

The second is Plaintiff's Motion [doc. 30] "To Go Forward." By this filing Plaintiff essentially requests that his lawsuit be allowed to proceed. Having reviewed the record, the Court is of the opinion that the Motion is moot inasmuch as this Court's Order [doc. 14] of December 1, 2006, directed that process be issued for certain of the defendants and established scheduling deadlines for the case. Accordingly, the instant motion is **DENIED**.

**SO ORDERED** this 5th day of July, 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE