**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**ALFORD K. HOWARD**                                                      **PLAINTIFF**

**VS.**                                                      **CAUSE NO. 2:06CV132-GHD-EMB**

**DESOTO COUNTY SHERIFF'S DEPT., ET AL.**                            **DEFENDANTS**

<u>**ORDER DISMISSING CERTAIN DEFENDANTS**</u>

On consideration of the file and record of this action, the Court finds that the Report and

Recommendation of the United States Magistrate Judge dated July 6, 2007, was on that date duly

served by regular mail upon the *pro se* plaintiff and electronically upon counsel for the defendant;

that more than ten days have elapsed since service of said Report and Recommendation; and that no

objection thereto has been filed or served by any party.  The Court is of the opinion that the

magistrate judge's Report and Recommendation should be approved and adopted as the opinion of

the Court.  It is, therefore

**ORDERED:**

1.  That the Report and Recommendation of the United States Magistrate Judge dated

July 6, 2007, is hereby approved and adopted as the opinion of the Court.

2.  That Plaintiff's claims against Defendants Deputy Lampkin and Deputy Riley are hereby

**DISMISSED** without prejudice.

**THIS**, the 27th  day of July, 2007.


**/s/ Glen H. Davidson**
**Chief Judge**